# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | | |
| vs. § | Case No. 4:01cr44 | |
| § | (Judge Schell) | |
| LESLIE ANN HORNER (24) § | | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on September 22, 2011, to determine whether Defendant violated her supervised release. Defendant was represented by Denise Benson. The Government was represented by Randall Blake.

On January 25, 2002, Defendant was sentenced by the Honorable Paul Brown to one hundred and twenty (120) months' custody followed by five (5) years of supervised release for the offense of Conspiracy to Manufacture, Distribute, or Possess with Intent to Manufacture, Distribute, or Dispense Methamphetamine. On November 27, 2009, Defendant completed her period of imprisonment and began service of her supervised term.

On March 10, 2011, the U.S. Probation Officer filed a Petition for Warrant for Offender Under Supervision. The petition asserted that Defendant violated the following mandatory condition: the defendant shall not commit another federal, state, or local crime.

The petition alleges that Defendant committed the following acts with regard to the mandatory condition: On February 26, 2011, Defendant was arrested by the Garland, Texas Police Department for the offense of Forgery. On February 28, 2011, Defendant was booked into the Dallas County Jail.

Prior to the Government putting on its case, Defendant entered a plea of true allegation one. The Government dismissed allegations two, three, and four. The Court recommends that Defendant's supervised release be revoked.

**RECOMMENDATION**

The Court recommends that the District Judge revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day followed by no supervised release. The Court also recommends that this sentence should be served consecutively to any sentence of imprisonment the Defendant is currently serving, and that Defendant be housed in the Fort Worth facility.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 23rd day of September, 2011.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE